[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13477
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-20484-DMM-1


UNITED STATES OF AMERICA,

                                                      Plaintiff-Appellee,

versus

FABIAN A. SCOTT,
a.k.a. Faybo,
a.k.a. Fabo,

                                                      Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(March 27, 2015)

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Fabian A. Scott in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Scott's convictions and sentences are **AFFIRMED.**